■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE JONES, Appellant. — Judgment, Supreme Court, New York County (Torres, J.), rendered on August 20, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Sandler, Markewich, Silverman and Fein, JJ.